No. 96–9116.  MALPIEDI v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 96–9117.  HERNANDEZ SALGADO v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 96–9120.  WHITE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–9123.  BURTON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–9129.  NESBITT v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–9135.  RUA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–9136.  SIMPSON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 96–9139.  BOZZA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–9147.  BROWN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–9152.  UPSHAW v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 96–9153.  TURNER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–9157.  ARTOLA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–1210.  UNITED STUDENT AID FUNDS, INC. v. BRANNAN. C. A. 9th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 96–1678.  CALDERON, WARDEN v. MOORE.  C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 96–1498.  SCIOTO COUNTY REGIONAL WATER DISTRICT No. 1, AUTHORITY v. SCIOTO WATER, INC., ET AL.  C. A. 6th